**Motion Denied; Order filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00129-CR
_____

## MICHAEL SMITH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1430835**

## ORDER

Appellant is represented by appointed counsel, Cheri Duncan. Appellant's brief was originally due April 19, 2017. We have granted extensions of time to file appellant's brief through August 2, 2017. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On August 2, 2017, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Cheri Duncan to file a brief with the clerk of this court on or before **September 2, 2017**.  If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.